714

**88-2094.** State, ex rel. Long, v. Kilbane. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2109.** State, ex rel. Filip, v. Cuyahoga Cty. Court of Common Pleas, Division of Domestic Relations. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-2195.** State, ex rel. Burton, v. McCormac. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-40.** Landrie v. United States Dept. of Justice. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-61.** State, ex rel. Miles, v. State. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.